*Copies served 1/24/07 JPM*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**RACHEL JOY CARR**

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:06-CR-477 (GHL)

Seth Buchman, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1, as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Section 13 , assimilating Section 240.40 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:** September 30, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $125.00 and a $5.00 special assessment, payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count 1** as originally charged is dismissed on motion of the United States.

_____January 10, 2007_____
Date of Imposition of Sentence

_____January 19, 2007_____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge